United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

**David Charles Dillow**  Case No. 2:23-cr-189-1

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge James L. Graham | | Date:   July 19, 2024 @ | 1:42 p.m. –    2:09 p.m. |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | Jessica W Knight |
| **Court Reporter** | Lahana DuFour | **Counsel for Deft(s):** | Laura E. Byrum |
| **Interpreter** | | **Pretrial/Probation:** | Laura M. Hiegel |
| **Log In** | n/a | **Log Out** | n/a |

20 months
3 years SR
$100 SPA
*Forfeiture